IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| INFO-HOLD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOOD MEDIA CORPORATION, et al., <br><br> Defendant. | CIVIL ACTION NO. 2:14-cv-01043-TSB |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Info-Hold, Inc. ("Info-Hold") and defendants ("MOOD"), IT IS HEREBY ORDERED:

1. This Court has personal jurisdiction over Info-Hold and MOOD, and over the subject matter of this action.

2. Each claim made and that could have been made by Info-Hold against MOOD, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41. Each counterclaim made and that could have been made by MOOD against Info-Hold in this action is hereby dismissed with prejudice on the basis of the settlement reached.

3. Each party shall bear its own costs and attorney's fees.

Date: 2/6/18

Timothy S. Black
United States District Judge